```
 1  Scott Levensten
    The Levensten Law Firm, PC
 2  1325 Spruce Street
    Philadelphia, PA  19107
 3  215-545-5600
 4  fax 215-545-5156

 5  Attorneys for Plaintiff, MARIA CAMARDELLA,
    individually, and as administratrix of the estate of
 6  ROSE PASCERELLA

 7
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | MDL NO. 1699<br>District Judge: Charles R. Breyer |
| *This document relates to:*<br><br>MARIA CAMARDELLA, individually, and as administratrix of the estate of Rose Pascarella,<br>    Plaintiffs,<br>vs.<br>MERCK & CO., INC., et al.<br>    Defendants.<br><br>Case No. 05-4602 CRB | STIPULATION AND ORDER OF DISMISSAL WITHOUT PREJUDICE ONLY AS TO CASE NO. 05-4602 CRB |

Come now the Plaintiffs, Maria Camardella, individually, and as administratrix of the estate of Rose Pascarella, and Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of this action without prejudice with each side bearing its own attorneys' fees and costs. Should Plaintiffs, Maria Camardella, individually, and as administratrix of the estate of Rose Pascarella, or a

-1-

1  representative of Plaintiffs attempt to re-file claim against Defendants, they will do so only by re-
2  filing in the United States District Court.
3
4  DATED: September 28, 2006.
5
    _____
6  Scott Levensten
    Attorneys for Plaintiffs, Maria Camardella,
7  individually, and as administratrix of the
    estate of Rose Pascarella
8
9  DATED: September 28, 2006.

10  GORDON & REES

11  By: _____
        Stuart M. Gordon
12      Attorneys for Defendants
13
14
15  PURSUANT TO STIPULATION, IT IS SO ORDERED.
16
17  Dated: October 06, 2006
18  Hon. Charles R. Breyer
    United States District Judge
19
20  IT IS SO ORDERED
    Judge Charles R. Breyer
21
22
23
24
25
26
27
28